MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Jenulabdin Sunderji Lakha

Chapter 7

Case No. 08-35168

Please Check One:

__X__   Unclaimed Dividends

_____   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Oban Group, Inc.<br>3600 Minnesota Drive, Suite 665<br>Edina, MN 55435 | 5 | $923,009.94 | $2,051.49 |

Date:  February 10, 2011

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

